Paul S. White (SBN 146989)
Neal K. Kojima (SBN 163958)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Tel. (213) 443-5100
Fax (213) 443-5101

Attorneys for Plaintiff,
TWIN CITY FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation, | Case No.: 1:19-cv-00440-AWI-BAM
Hon. Anthony W. Ishii |
| Plaintiff(s), | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| ROADRUNNER TRANSPORTATION SYSTEMS, INC., a Delaware corporation, | |
| Defendant(s). | |

Comes now Plaintiff, TWIN CITY FIRE INSURANCE COMPANY, through its attorney Paul S. White of Wilson Elser Moskowitz Edelman & Dicker, LLP, and in accordance with Fed. R. Civ. P. Rule 41(a)(1)(A)(i), as Defendant Roadrunner Transportation Systems, Inc. has not served an answer or motion for summary judgment, hereby dismisses this action in its entirety without prejudice, with each party to bear its own costs and respective attorneys' fees.

Dated: June 14, 2019

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____*/s/ Paul S. White*_____
Paul S. White (SBN 146989)
Neal K. Kojima (SBN 163958)
Attorneys for Plaintiff Twin City Fire Insurance Company

1
NOTICE OF VOLUNTARY DISMISSAL

3377881V.1